# Richmond

## FREDERICK LYNWOOD FOLEY

v.

## COMMONWEALTH OF VIRGINIA

No. 0639-87-3

Decided October 10, 1989

COUNSEL

Ebb H. Williams, III (W. Roscoe Reynolds; Stone, Worthy, Reynolds & Joyce, on brief), for appellant.

Robert Q. Harris, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

OPINION

### ON REHEARING EN BANC

KOONTZ, C.J.—In *Foley v. Commonwealth*, 8 Va. App. 149, 379 S.E.2d 915 (1989), a panel of this Court held that the trial court erred by failing to exclude juror Hazel Allen for cause. A majority of this Court[1] sitting *en banc* on September 15, 1989 pursuant to the Commonwealth's request for rehearing determined that the trial court erred for the reasons stated in the above cited opinion.

Barrow, J., Benton, J., Duff, J., and Keenan, J., concurred.

Moon, J., joined by Cole, J., Coleman, J., Hodges, J., would affirm the judgment of the trial court for the reasons stated in his dissenting opinion.

---

[1] Judge Baker did not participate in the *en banc* proceeding.